UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANNE L. BRETZ,<br><br>          Plaintiff,<br><br>     -vs-<br><br>MICHAEL J. ASTURE, Commissioner of Social Security,<br><br>          Defendant. | NO.   CV-11-5049-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Before the Court is the Report, ECF No. 30, recommending Plaintiff's Motion for Summary Judgment, ECF No. 23, be granted. No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's Report and Recommendation in its entirety. Accordingly,

**IT IS ORDERED** that the Recommendation, **ECF No. 23**, to grant Plaintiff's Motion for Summary Judgment is **ADOPTED in its entirety**.

The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties and Magistrate Judge Hutton, and **CLOSE THE FILE**.

**DATED** this 3rd day of May, 2012.

04-30-12

                                    s/ Wm. Fremming Nielsen
                                    WM. FREMMING NIELSEN
                                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT
AND RECOMMENDATION