UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANNE L. BRETZ,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | NO. CV-11-5049-JPH<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** to the Appeals Council for an order of payment of benefits. Judgment is entered for Plaintiff.

DATED this 3rd day of May, 2012.

JAMES R. LARSEN
District Court Executive/Clerk


by: __s/ Karen White_____
         Deputy Clerk

cc: all counsel