# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANNE L. BRETZ,<br><br>              Plaintiff,<br><br>-vs-<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>              Defendant. | NO.   CV-11-5049-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Before the Court is the Report, ECF No. 35, recommending Plaintiff's Motion for Attorney Fees, ECF No. 33, be granted. No objections have been filed.

The Court has reviewed the Report and Recommendation, file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **ECF No. 35**, in its entirety.

2. The Recommendation, **ECF No. 35**, to grant Plaintiff's Motion for Attorney Fees pursuant to the EAJA, is **ADOPTED** in its entirety.

The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties **AND TO** Magistrate Judge Hutton, and **CLOSE THIS FILE**.

**DATED** this 20th day of June, 2012.

06-20-12

                          s/ Wm. Fremming Nielsen
                          WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE